IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONOVAN BRAXTON,<br><br>Defendant. | Case No. 23-CR-00428 (BAH) |



FILED
JAN 10 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

I.  ELEMENTS OF THE OFFENSE

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant knowingly possessed a Glock 27, .40 caliber semi-automatic firearm and .40 caliber ammunition;

2. That the firearm and ammunition had been shipped and transported in interstate commerce; and,

3. That, at the time the defendant possessed the firearm and ammunition, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

## II. PENALTIES FOR THE OFFENSE

The penalty for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1) is as follows:

1. a maximum term of imprisonment not greater than 15 years;
2. a fine not to exceed $250,000;
3. a term of supervised release of not more than three years, after any period of incarceration; and
4. a special assessment of $100.

## III. STATEMENT OF OFFENSE

On March 29, 2023, officers with the Metropolitan Police Department (MPD) responded to a 911 call for a suspicious person in the rear alley of 5026 Sheriff Road NE, Washington, D.C., potentially trying to steal a trailer.

MPD Officers Willis and Nava responded and noticed a black pickup truck (Oregon tag TN04463) blocking the alleyway with a trailer attached to the back, consistent with the 911 caller's description. When they first arrived, the officers observed a man later identified as Donovan Braxton, standing outside the driver's side door of the truck. As MPD officers drew closer, Braxton sat in the driver's seat of the truck and closed the car door.

Following a brief conversation that continued outside of the vehicle, and after a scuffle between Braxton and the officers, Braxton was arrested. The officers conducted a search incident to arrest of Braxton and recovered a Glock 27 with an obliterated serial number, 12 rounds of .40 caliber ammunition, and one round of ammunition in the chamber.

The recovered firearm and ammunition had been transported in and affected interstate commerce.

At the time he possessed the firearm, Defendant Braxton had been previously convicted by crimes punishable by more than one year imprisonment. Specifically, on September 11, 2020, Defendant Braxton was convicted of Theft in Howard County, Maryland Case No. C-13-CR-20-000126 and sentenced to five years' imprisonment with all but eight months and six days suspended. Additionally, on September 2, 2020, Braxton was convicted of Theft and Burglary in Frederick County, Maryland Case No. C-10-CR-20-000239 and sentenced to five years' imprisonment with all but two months and eight days suspended. And, on June 25, 2012, Braxton was convicted of Felony Fleeing Law Enforcement and sentenced to twenty-four months' imprisonment.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the stipulated trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
United States Attorney's Office
601 D. Street, NW
Washington, DC 20579
202-258-3515
Cameron.Tepfer@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Donovan Braxton, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12-28-2024

Donovan Braxton
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12-28-24

Christopher Davis, Esq.
Attorney for Defendant